USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                :
MUHARREM BALKANLI,                :
                :
            Plaintiff,:
              :      1:21-mc-507-GHW
   -against-         :      <u>ORDER</u>
              :
STEPHEN KNATZ, et al.,           :
              :
           Defendants.:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    WHEREAS Plaintiff filed this pro se action as a purported miscellaneous case (Dkt. 1);

    WHEREAS Plaintiff's complaint asserts claims for trespass, forgery, and breach of contract (Dkt. 1);

    WHEREAS Plaintiff's complaint does not fit any of the listed categories of miscellaneous matters;

    IT IS HEREBY ORDERED:

1. The Clerk of Court is directed to open this case as a new civil action and assign the case to the Undersigned's docket.

2. The Clerk of Court is directed to terminate any pending motions and administratively close this miscellaneous case.

A copy of this order will be mailed by chambers

SO ORDERED.

Dated: July 7, 2021
New York, New York

                                        _____
                                          GREGORY H. WOODS
                                        United States District Judge